**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 14, 2025**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

*In re:*

MUSA DRAMMEH

Case No. 25-1008

Chapter 13

Judge Beth A. Buchanan

*Debtor(s).*

**ORDER REGARDING MOTION/APPLICATION (DOC. NO. 4)
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Motion is not accompanied by the mandatory notice of the right to object or respond, and the time within which to do so. (LBR 9013-1(a) provides that a motion or application shall be accompanied by a mandatory notice that complies with Official Form 420A or the Sample 21 Day Notice found in LBR 9013-1(a).)

Movant shall file within **fourteen (14) days from the entry date of this Order** an amended motion consistent with this Order. Failure to comply with the terms of this Order may result in denial of the Motion without further notice.

**SO ORDERED.**

Copies To:
Default List