# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO (Cincinnati)

| | |
|---|---|
| **In Re:** ) | Case No. 1:24-bk-12843 |
| ) | |
| **Musa Drammeh** ) | Chapter 13 |
| ) | |
| Debtor(s). ) | |
| ) | |
| ) | |
| **Musa Drammeh** ) | Adv. Pro. No. 1:25-ap-01008 |
| ) | |
| **Plaintiff,** ) | |
| ) | Judge Beth A. Buchanan |
| Vs. ) | |
| ) | Notice of Motion to Dismiss |
| **Gonzales & Gonzales Immigration Bonds** ) | Adversary Proceeding |
| ) | |
| **Defendant,** ) | |
| ) | |

    Gonzales & Gonzales Bonds and Insurance Agency, a Creditor herein, has filed a Motion to Dismiss Adversary Proceeding ("Motion") in this Bankruptcy case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant said Motion, or if you want the Court to consider your views on the Motion, within twenty-one (21) days from the service date of the Motion, you or your attorney must:

    File with the Court a written response to the Motion, explaining your position, at:

Clerk of Courts
U.S. Bankruptcy Court
221 East Fourth Street
Atrium Two Suite 800
Cincinnati, Ohio 45202

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the deadline listed above.

      You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

David T. Brady #0073127  
Austin B. Barnes, III #0052130  
Sandhu Law Group, LLC  
1213 Prospect Street, Suite 300  
Cleveland, Ohio 44115

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion For Relief From Stay, and may enter an Order granting the relief requested.

Date:     April 17, 2025               /s/ Austin B. Barnes, III  
                                                                  David T. Brady #0073127  
                                                                  Austin B. Barnes, III #0052130  
                                                                  Attorney for Movant  
                                                                  Sandhu Law Group, LLC  
                                                                  1213 Prospect Avenue, Suite 300  
                                                                  Cleveland, Ohio 44115  
                                                                Telephone:  216-373-5518  
                                                                Facsimile:  216-373-1002  
                                                                e-mail:  abarnes@sandhu-law.com

## CERTIFICATE OF SERVICE

   The undersigned certifies that on April 17, 2025, a true and correct copy of the foregoing Notice of Motion for Relief from Stay was served via the Court's electronic case filing system on the following who are listed on the Court's Electronic Mail Notice List:

Alexis Michele Mize
alexismize@goering-law.com
***Attorney for Debtor***

Margaret A. Burks
cincinnati@cinn13.org
***Trustee***

Asst US Trustee (Cincinnati)
ustpregion09.ci.ecf@usdoj.gov
***US Trustee***

and by regular U.S. mail, postage prepaid, to:

Musa Drammeh
336 Milton Street #1
Cincinnati, OH 45202
***Debtor***

                /s/ Austin B. Barnes, III
                David T. Brady #0073127
                Austin B. Barnes, III #0052130
                Attorney for Movant